UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND

Ms. NAZHA HALOUI                         *
MOHAMED OUBIHI                           *
2921 Sherman Ave, NW                     *
Washington, DC 20001                     *
                                         *   Case No:    RWT 14 CV 1327
       Plaintiffs                        *
                                         *
vs.                                      *
                                         *
NPL CONSTRUCTION COMPANY                 *
2355 W. Utopia Road                      *
Phoenix, AZ 85027                        *
                                         *
and                                      *
                                         *
MARIO LISANDRO ORELLANA-CASTRO *
10109 Residency Road                     *
Manassas, VA 20110                       *
                                         *
       Defendants                        *



### DEFENDANT'S NOTICE OF REMOVAL

Defendant NPL Construction Company, by and through counsel, JORDAN COYNE & SAVITS, L.L.P. and D. Stephenson Schwinn, hereby files this Notice of Removal of this action to the United States District Court for the Southern District of Maryland and represents that this action is properly removable pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446. As grounds therefore, Defendant states:

1.   This Notice of Removal is timely and has been filed within thirty (30) days after the receipt of the lawsuit by the defendants. Suit was filed in the Circuit Court for Montgomery County, Maryland, Civil Division on March 20, 2014. The Circuit Court

for Montgomery County's case number is 388652V. Neither Defendant has been served, but Defendants' insurer was provided with a courtesy copy of the Complaint on March 19, 2014.

2. This lawsuit arises out of an incident on October 10, 2012 where the plaintiff was struck by a motor vehicle owned and operated by Defendants while walking on the road in Bethesda, Maryland.

3. The Court may exercise diversity jurisdiction over this case. Plaintiffs are citizens of the District of Columbia. Defendant NPL Construction Company is a Nevada corporation with a principal place of business at 2355 W. Utopia Road in Phoenix, Arizona. Defendant Mario Lisandro Orellana-Castro is a citizen of Florida.

4. The matter in dispute exceeds the sum of Seventy Five Thousand Dollars ($75,000) exclusive of interest and costs.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, or orders that have been filed or served upon the defendants are attached.

6. Defendants are concurrently serving written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d) with the Clerk for the Circuit Court for Montgomery County and serving this Notice and the Notice filed with the Clerk of the Circuit Court for Montgomery County upon the plaintiff through his counsel.

WHEREFORE, Defendant NPL Construction Company respectfully requests that the above-referenced civil action be removed from the Circuit Court for Montgomery County.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
D. Stephenson Schwinn, #05166
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036-4117
Telephone:  (202) 496-2806
Fax:  (202) 496-2800
E-mail:  s.schwinn@jocs-law.com
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this __18th__ day of __April__, 2014, true and correct copies of the foregoing were mailed, first class and postage prepaid, to:

Alan S. Feld, Esq.
Megan N. Rosan
Attorney at Law
Bulman, Dunie, Burke & Feld
4610 Elm Street
Bethesda, MD  20815-6051

_____
D. Stephenson Schwinn