CLAIM NO: H5100064019

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND
### CIVIL DIVISION

NAZHA HALOUI and  
MOHAMED OUBIHI  
2921 Sherman Ave, N.W.  
Washington, DC 20001  

    Plaintiff  

vs.                                   Civil No. _____

NPL CONSTRUCTION CO.  
2355 W. Utopia Road  
Phoenix, Arizona 85027  
  SERVE:  
NATIONAL REGISTERED AGENTS, INC.  
4701 Cox Road, Suite 285  
Glen Allen, VA 23060  

AND  

MARIO LISANDRO ORELLANA-CASTRO  
10109 Residency Road  
Manassas, VA 20110  
    Defendants  

## COMPLAINT

**COMES NOW** the plaintiffs, Nazha Haloui, and Mohamed Oubihi, by and through their attorneys, Bulman, Dunie, Burke & Feld, Chartered, and Alan S. Feld, Esquire and Megan N. Rosan, Esquire sues the defendants, NPL Construction Co., and Mario Lisandro Orellana-Castro, and for cause of action states as follows:

### COUNT I

1. That on or about October 10, 2012, the plaintiff, Nazha Haloui, was lawfully walking on Greentree Road on the shoulder at or near the intersection of Hempstead Avenue in Bethesda, Montgomery County, Maryland.

BULMAN, DUNIE,  
BURKE & FELD  
CHARTERED  
ATTORNEYS AT LAW  
4610 ELM STREET  
BETHESDA, MD 20815  

(301) 656-1177  
FAX (301) 986-9719  
www.bulmandunie.com

2. While the plaintiff was lawfully walking on the shoulder of Greentree Road at its intersection with Hempstead Avenue, a vehicle owned by NPL Construction Company, and operated by defendant, Mario Lisandro Orellana-Castro, on Hempstead Avenue at the intersection of Greentree Road to made a right hand turn, and struck the plaintiff. The defendants' failed to yield the right of way to plaintiff. The defendants' vehicle collided with the plaintiff as she was walking on the shoulder of Greentree Road.

3. It was the duty of the defendants to operate their vehicle in a careful and prudent manner with due regard for other users of the road and pedestrians. Notwithstanding that duty and in breach thereof, the defendant operated their vehicle in a negligent and careless manner in violation of the motor vehicle laws and regulations in the State of Maryland and Montgomery County then and there in full force and effect, by failing to devote full time and attention to the operation of her vehicle, by failing to keep a proper lookout, by operating their vehicle in a careless and negligent manner, by failing to exercise reasonable due care for the safety of other users of the road in general and the plaintiff in particular, by failing to take necessary precautions to avoid colliding with a pedestrian, by failing to yield to the plaintiff and by failing to control their vehicle to avoid a collision.

4. As a direct result of the joint and several negligence of the defendants, as aforesaid, their vehicle struck the plaintiff. The entire collision was due to the negligence of the defendants without any negligence on the part of the plaintiff thereto contributing.

5. As a proximate result of the joint and several negligence of the defendants, as aforesaid, the plaintiff, Nazha Haloui, sustained permanent and painful injuries in and about her

2

pelvis, hips, face, neck, back, chest, body and limbs, as well as other personal injuries; she has suffered and in the future will suffer pain, anxiety, and mental anguish; she has incurred and in the future will incur expenses for hospital, medical care and medicines and associated items; she has been and in the future may be unable to pursue her usual and gainful occupation and normal activities.

**WHEREFORE**, the premises considered, the plaintiff, Nazha Haloui, demands judgment against the defendants, NPL Construction Co., and Mario Lisandro Orellana-Castro, either or both, in the sum of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs.

## COUNT II
### (Loss of Consortium)

6. Paragraphs 1-5 are incorporated in Count II as if fully set forth herein.

7. The plaintiffs, Nazha Haloui and Mohamed Oubihi, reallege the negligence of the defendants, as aforesaid, were the sole cause of their damage and the injuries that were sustained without any negligence on their part thereto contributing.

8. The plaintiffs were at the time of said injuries and are now husband and wife and the negligence of the defendants has proximately caused and continues to cause the plaintiffs jointly, to suffer loss of services, society and consortium to the detriment of their marital relationship.

9. As a direct cause of the defendants' joint and several negligence and carelessness, as aforesaid, the plaintiffs, Nazha Haloui and Mohamed Oubihi, have suffered damages.

**WHEREFORE**, the premises considered, the plaintiffs, Nazha Haloui and Mohamed

3

Oubihi, demand judgment against the defendants, NPL Construction Co., and Mario Lisandro Orellana-Castro, either or both, in the sum of One Hundred Thousand Dollars ($100,000.00) plus interest and court costs.

Respectfully Submitted,

BULMAN, DUNIE, BURKE & FELD, CHTD.

By: *Megan N. Rosan*
Alan S. Feld, Esq.
Megan N. Rosan, Esq.
Attorneys for Plaintiff
4610 Elm Street
Bethesda, MD 20815-6051
301- 656-1177 x 315

## JURY DEMAND

The plaintiffs, Nazha Haloui and Mohamed Oubihi, demand a trial by jury on all issues herein.

By: *Megan N. Rosan*
MEGAN N. ROSAN

4